UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

Third Degree Films, Inc. )
20525 Nordhoff Street, Suite 25 )
Chatsworth, CA 91311 )
 )
    Plaintiff, )
 )
v. )    Civil Action No. 4:11-cv-572
 )    PLAINTIFF'S
DOES 1 – 375 )    FEDERAL RULE 7.1
 )    DISCLOSURES
    Defendants. )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rules for the District Court, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Third Degree Films, Inc., Plaintiff in the above captioned action, attests that there is no parent corporation, and that there is no publicly held corporation owning 10% or more of its stock. No parent company, subsidiary or affiliate of Third Degree Films, Inc. has any outstanding securities in the hands of the public.

Respectfully submitted this 4th day of November, 2011.

FOR THE PLAINTIFF:

By: /s/ Terik Hashmi
Terik Hashmi, JD, LLM
(OH Bar – Supreme Court ID 0064329)
Transnational Law Group, LLC
429 Lenox Avenue, Suite 5C13
Miami Beach, FL 33139
Phone: (888) 731-8955
Fax: (305) 721-1685
Email:
terik.hashmi.esq@transnationallawgroup.com

ATTORNEY FOR PLAINTIFF

1